UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER BEY,

    Plaintiff,

v.                                            Case No: 11-CV-13625-DT

THOMAS BIRKETT, ET AL,

    Defendants.
                                         /

## JUDGMENT

In accordance with the court's September 24, 2012 "Opinion and Order Overruling Plaintiff's Objections Adopting the Magistrate Judge's Report and Recommendation, and Granting Defendants' Motion to Dismiss."

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED.**

Dated at Detroit, Michigan, this 24th day of September, 2012.

                                                  DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY:S/Lisa Wagner
                                                Lisa Wagner, Deputy Clerk and
                                                Case Manager to
                                                Judge Robert H. Cleland